IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>    Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN, in his individual capacity; SHERIFF VICTOR HILL, in his official capacity as Sheriff for Clayton County,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. _____ |

## NOTICE OF REMOVAL

COME NOW defendants Patrick David Fluellen and Sheriff Victor Hill in his official capacity as Clayton County Sheriff ("defendants") and hereby remove this action from the State Court of Clayton County to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of removal, defendants show the following:

1.

Plaintiff filed his complaint on or around October 2, 2020 in the State Court of Clayton County (the "state court action"), asserting claims under Georgia law against defendants. The state court action was designated Civil Action File No. 2020CV02079. A true and correct copy of plaintiff's complaint is attached hereto as Exhibit "A."

2.

On December 7, 2020, plaintiff filed an amended complaint which alleges an excessive force claim under the Fourteenth Amendment of the United States Constitution.  A true and correct copy of plaintiff's amended complaint is attached hereto as Exhibit "B."

3.

This Notice of Removal is filed within thirty (30) days after receipt by defendants of the amended complaint.

4.

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331.

5.

This action may be removed to this Court by defendants pursuant to 28 U.S.C. § 1441 in that it arises under the Fourteenth Amendment to the United States Constitution.

6.

Plaintiff's amended complaint therefore asserts claims over which this Court has original jurisdiction founded on a claim or right arising under the Constitution, 28 U.S.C. §§ 1331 and 1443.  This Court has supplemental jurisdiction over the state law claims because they arise out of the same facts as plaintiff's federal

claims such that they form part of the same case or controversy. 28 U.S.C. § 1367(a).

7.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), defendants are entitled to remove this action from the State Court of Clayton County to this Court.

8.

Defendants have provided written notice of the filing of this Notice of Removal to plaintiff and the Clerk of Court for the State Court of Clayton County, a copy of which is attached hereto as Exhibit "C."

9.

Based on the foregoing, defendants respectfully request that this Court allow removal and assert jurisdiction over the state court action.

FREEMAN MATHIS & GARY, LLP

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                                             Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF REMOVAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Harry M. Daniels
Khalil C. Eaddy
Daniels and James, LLC
233 Peachtree St. NE, Suite 1200
Atlanta, GA 30303

This 4th day of January, 2021.

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway
Suite E
Forest Park, Georgia  30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)