IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>　　　　Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN, in his individual capacity; SHERIFF VICTOR HILL, in his official capacity as Sheriff for Clayton County,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

## **DEFENDANTS' MOTION TO DISMISS**

COME NOW defendants Patrick David Fluellen ("Fluellen") and Sheriff Victor Hill, in his official capacity as Clayton County Sheriff ("Sheriff Hill") (collectively "defendants"), and pursuant to Rule 12(b), move the Court to dismiss plaintiff's complaint as amended (Doc. 2).

In support of this motion, defendants rely on the arguments and citations to authority presented in the accompanying memorandum of law, which defendants have filed contemporaneously with this motion. For the reasons more fully set forth therein, defendants' motion should be granted.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com

|  |  |
|---|---|
|  | A. Ali Sabzevari<br>Georgia Bar No. 941527<br>asabzevari@fmglaw.com |
|  | *Attorneys for Defendants* |
| 661 Forest Parkway, Suite E<br>Forest Park, Georgia 30297<br>(404) 366-1000 (telephone)<br>(404) 361-3223 (facsimile) |  |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **DEFENDANTS' MOTION TO DISMISS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

>Harry M. Daniels
>Khalil C. Eaddy
>Daniels and James, LLC
>233 Peachtree St. NE, Suite 1200
>Atlanta, GA 30303

This 11th day of January, 2021.

>/s/ A. Ali Sabzevari
>A. Ali Sabzevari
>Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway
Suite E
Forest Park, Georgia  30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)