IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>PATRICK DAVID FLUELLEN, in his individual capacity; SHERIFF VICTOR HILL, in his official capacity as Sheriff for Clayton County,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

## **O R D E R**

Defendants have moved this Court to stay all discovery in this case pending the resolution of their motion to dismiss. It appearing that this Order is sought in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay All Discovery is GRANTED. All discovery in this case, including disclosures and planning conferences pursuant to Fed. R. Civ. P. 26 and L.R. 26.1, shall be stayed pending the final resolution of the pending motion to dismiss.

SO ORDERED this 12th day of January 2021.

*/s/ Steven D. Grimberg*
STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE