IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK DAVID FLUELLEN, in his individual capacity; SHERIFF VICTOR HILL, in his official capacity as Sheriff for Clayton County,<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:21-CV-00010-SDG |

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

NOW COME Plaintiff Marlon Brown, and respectively request this Court to deny the Defendants' Motion to Dismiss the Plaintiff's Complaint in its entirety. For the reason more fully set forth in the Plaintiff's Memorandum of Law in Opposition filed contemporaneously with the response

Respectfully submitted the 13th day of January 2021

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158
Khalil Eaddy
Ga Bar No. 245157

Daniels and James, LLC
233 Peachtree St Ne Suite 1200
Atlanta, Georgia 30303
Tel. 678-664-8529
Fax. 800-867-5248
daniels@danielsjameslaw.com
khalil@danielsjameslaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing memorandum of law has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

This 13th day of January 2021.

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

FREEMAN MATHIS & GARY, LLP
A. Ali Sabzevari
Jack R. Hancock
asabzevari@fmglaw.com
jhancock@fmglaw.com
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Respectfully submitted the This 13th day of January 2021.

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158