# Exhibit A

Click here to start over (OffQryForm.jsp) | Return to previous screen

# NAME: BROWN, MARLON

## GDC ID: 1001458982



## PHYSICAL DESCRIPTION

**YOB:** 1989
**RACE:** BLACK
**GENDER:** MALE
**HEIGHT:** 6'03''
**WEIGHT:** 200
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK

## SCARS, MARKS, TATTOOS

## INCARCERATION DETAILS

**MAJOR OFFENSE:** AGGRAV STALKING
**MOST RECENT INSTITUTION:** JOHNSON STATE PRISON
**MAX POSSIBLE RELEASE DATE:** 11/14/2021

Important Release Information

**ACTUAL RELEASE DATE:** 06/17/2020
**CURRENT STATUS:** PAROLE

## KNOWN ALIASES

**A.K.A.** BROWN,MARLON

### STATE OF GEORGIA - CURRENT SENTENCES

CASE NO: 854442
**OFFENSE:** AGGRAV STALKING
**CONVICTION COUNTY:** CLAYTON COUNTY
**CRIME COMMIT DATE:** 11/14/2016
**SENTENCE LENGTH:** 10 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 854442
**OFFENSE:** ENTERING VEHICLE
**CONVICTION COUNTY:** CLAYTON COUNTY
**CRIME COMMIT DATE:** 11/14/2016
**SENTENCE LENGTH:** 5 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 854442
**OFFENSE:** crmnl trespassing
**CONVICTION COUNTY:** CLAYTON COUNTY
**CRIME COMMIT DATE:** 11/14/2016
**SENTENCE LENGTH:** 0 YEARS, 12 MONTHS, 0 DAYS

### STATE OF GEORGIA - PRIOR SENTENCES

CASE NO: 811794
**OFFENSE:** AGGRAV BATTERY
**CONVICTION COUNTY:** GWINNETT COUNTY
**CRIME COMMIT DATE:** 04/14/2014
**SENTENCE LENGTH:** 10 YEARS, 0 MONTHS, 0 DAYS

CASE NO: 811794
**OFFENSE:** FAMILY VIOLENCE BATTERY
**CONVICTION COUNTY:** GWINNETT COUNTY
**CRIME COMMIT DATE:** 01/29/2014

**SENTENCE LENGTH:** 5 YEARS, 0 MONTHS, 0 DAYS

STATE OF GEORGIA - INCARCERATION HISTORY

**INCARCERATION BEGIN:** 06/21/2018
**INCARCERATION END:** 06/17/2020
**INCARCERATION BEGIN:** 10/01/2015
**INCARCERATION END:** 12/16/2015