IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>      Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN, in his individual capacity; SHERIFF VICTOR HILL, in his official capacity as Sheriff for Clayton County,<br><br>      Defendants. | CIVIL ACTION FILE NO. 1:21-CV-00010-SDG |

NOTICE OF MANUAL FILING

COMES NOW Plaintiff Marlon Brown and, hereby gives notice of manual filing the following items in Opposition to Defendants' Motion to Dismiss with the Clerk of Courts.

1. Exhibit B, Clayton County Surveillance Video DSV119-Courtside ELE C on June 16, 2017.

Respectfully submitted this 14th day of January 2020.

                                                    /s/Harry M. Daniels
                                                  Harry M. Daniels
                                                  Ga Bar No. 234158
                                                  Khalil Eaddy
                                                  Ga Bar No. 245157

2

Daniels and James, LLC
233 Peachtree St Ne Suite 1200
Atlanta, Georgia 30303
Tel. 678-664-8529
Fax. 800-867-5248
daniels@danielsjameslaw.com
khalil@danielsjameslaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing memorandum of law has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

    This 14th day of January 2021.

                                            <u>/s/Harry M. Daniels</u>
                                            Harry M. Daniels
                                            Ga Bar No. 234158

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing NOTICE OF MANUAL FILING to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

FREEMAN MATHIS & GARY, LLP
A. Ali Sabzevari
Jack R. Hancock
asabzevari@fmglaw.com
jhancock@fmglaw.com
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Respectfully submitted the This 14th day of January 2021.

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158