IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>   Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN.<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, defendant Patrick David Fluellen ("defendant") files herewith a Certificate of Interested Persons and Corporate Disclosure Statement:

1.

The undersigned counsel of record for defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

 A. Marlon Brown

 B. Patrick David Fluellen

- 1 -

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    Harry M. Daniels

    B.    Khalil C. Eaddy

    C.    Daniels and James, LLC

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A.    For plaintiff:

        Harry M. Daniels
        Khalil C. Eaddy
        Daniels and James, LLC

    B.    For defendant:

        Jack R. Hancock
        A. Ali Sabzevari
        Freeman Mathis & Gary, LLP

**FREEMAN MATHIS & GARY, LLP**

<u>*/s/ A. Ali Sabzevari*</u>
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendant

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record:

Harry M. Daniels
Khalil C. Eaddy
Daniels and James, LLC
233 Peachtree St. NE, Suite 1200
Atlanta, GA 30303

This 13th day of October, 2021.

/s/ A. Ali Sabzevari
A. Ali Sabzevari
Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway
Suite E
Forest Park, Georgia  30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)