IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>        Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN.<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff Marlon Brown ("Plaintiff") files herewith a Certificate of Interested Persons and Corporate Disclosure Statement:

1.

The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

N/A

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    Harry M. Daniels

    B.    Khalil C. Eaddy

    C.    Daniels and James, LLC

    D.    Marlon Brown

    E.    Patrick David Fluellen

    F.    Freeman Mathis & Gary, LLP

    G.    Jack R. Hancock

    H.    A. Ali Sabzevari

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A.    For plaintiff:

        Harry M. Daniels
        Khalil C. Eaddy
        Daniels and James, LLC

    B.    For defendant:

        Jack R. Hancock
        A. Ali Sabzevari
        Freeman Mathis & Gary, LLP

This 13th day of October 2021.

                                              /s/Harry M. Daniels
                                              Harry M. Daniels
                                              Ga Bar No. 234158
                                              Khalil Eaddy
                                              Ga Bar No. 245157

Daniels and James, LLC

233 Peachtree St Ne Suite 1200
Atlanta, Georgia 30303
Tel. 678-664-8529
Fax. 800-867-5248
daniels@danielsjameslaw.com
khalil@danielsjameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record:

FREEMAN MATHIS & GARY, LLP

A. Ali Sabzevari
Jack R. Hancock
jhancock@fmglaw.com
Ali Sabzevari
asabzevari@fmglaw.com

661 Forest Parkway, Suite E Forest Park,
Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile

This 13th day of October 2021.

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158

Daniels and James, LLC
233 Peachtree St Ne Suite 1200
Atlanta, Georgia 30303
Tel. 678-664-8529
Fax. 800-867-5248
daniels@danielsjameslaw.com
khalil@danielsjameslaw.com

4