**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MARLON BROWN,

    Plaintiff,

             v.

PATRICK DAVID FLUELLEN,

    Defendant.

Civil Action No.
1:21-cv-00010-SDG

## SCHEDULING ORDER

      After reviewing the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

      **SO ORDERED** this the 21st day of October 2021.

Steven D. Grimberg
United States District Court Judge