IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN, <br><br> Plaintiff, <br> v. <br><br> PATRICK DAVID FLUELLEN. <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:21-CV-00010-SDG |

RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify this day that I have served upon all parties of record via email the following:

1. PLAINTIFF'S REPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

2. PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system which will automatically send e- mail notification of such filing to the following attorneys of record:

FREEMAN MATHIS & GARY, LLP

A. Ali Sabzevari
Jack R. Hancock
asabzevari@fmglaw.com
jhancock@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223

This 24th day of December 2021.

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158

Khalil Eaddy
Ga Bar No. 245157

Daniels and James, LLC

233 Peachtree St Ne Suite 1200
Atlanta, Georgia 30303
Tel. 678-664-8529
Fax. 800-867-5248
daniels@danielsjameslaw.com
khalil@danielsjameslaw.com