IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>  Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN.<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

### 5.4 CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically served the foregoing PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT via email to:

FREEMAN MATHIS & GARY, LLP
A. Ali Sabzevari
Jack R. Hancock
asabzevari@fmglaw.com
jhancock@fmglaw.com
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Respectfully submitted the 27th day of December 2021

/s/Harry M. Daniels
Harry M. Daniels
Ga Bar No. 234158