IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>            Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN.<br><br>            Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify this day that I have served upon all parties of record via email the following:

1. PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system which will automatically send e- mail notification of such filing to the following attorneys of record:

FREEMAN MATHIS & GARY, LLP

A. Ali Sabzevari
Jack R. Hancock
asabzevari@fmglaw.com
jhancock@fmglaw.com

661 Forest Parkway, Suite E  
Forest Park, Georgia 30297  
Tel: 404-366-1000  
Fax: 404-361-3223

This 4th day of January 2022.

/s/Harry M. Daniels  
Harry M. Daniels  
Ga Bar No. 234158

Khalil Eaddy  
Ga Bar No. 245157

Daniels and James, LLC

233 Peachtree St Ne Suite 1200  
Atlanta, Georgia 30303  
Tel. 678-664-8529  
Fax. 800-867-5248  
daniels@danielsjameslaw.com  
khalil@danielsjameslaw.com