IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>                Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN.<br><br>                Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

### NOTICE TO TAKE DEPOSITION OF ASHLEY BROWN

To:    Ashley Brown
         c/o Harry M. Daniels
         233 Peachtree St., Ste 1200
         Atlanta, Georgia 30303

      PLEASE TAKE NOTICE that on January 28, 2022, beginning at 10:00 a.m., counsel for Defendant Patrick David Fluellen, pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall take the deposition of Ashley Brown upon oral examination before a certified court reporter or some other officer duly authorized by law to take depositions and administer oaths at the offices of Daniels and James, LLC, 233 Peachtree Street NE, Suite 1200, Atlanta, Georgia, 30303. The deposition will be recorded by stenographic means and may also be recorded by audiovisual means. The oral examination will continue from day to day until its completion.

      Respectfully submitted this 11th day of January 2022

- 2 -

                          **FREEMAN MATHIS & GARY, LLP**

                          */s/ A. Ali Sabzevari*
                          Jack R. Hancock
                          Georgia Bar No. 322450
                          jhancock@fmglaw.com
                          A. Ali Sabzevari
                          Georgia Bar No. 941527
                          asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE TO TAKE DEPOSITION OF ASHLEY BROWN** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

This 11th day of January 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)