IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARLON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | |
| PATRICK DAVID FLUELLEN. | ) | 1:21-CV-00010-SDG |
| | ) | |
| Defendant. | ) | |

### DEFENANTS' NOTICE OF INTENT TO SERVE SUBPOENAS FOR PRODUCTION OF DOCUMENTS

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that Defendant Patrick David Fluellen intend to serve the attached subpoenas for the production of documents to the following:

Link Dental Care

Additionally, a copy of the subpoena to the non-party has been sent to all counsel of record via email, along with a copy of this notice.

*[See next page for signature]*

This 18th day of January 2022.

                                  **FREEMAN MATHIS & GARY, LLP**

                                  */s/ A. Ali Sabzevari*
                                  Jack R. Hancock
                                  Georgia Bar No. 322450
                                  jhancock@fmglaw.com
                                  A. Ali Sabzevari
                                  Georgia Bar No. 941527
                                  asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENAS FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

> Harry M. Daniels
> Khalil C. Eaddy
> Daniels and James, LLC
> 233 Peachtree St. NE, Suite 1200
> Atlanta, GA 30303

This 18th day of January 2022.

> /s/ A. Ali Sabzevari
> A. Ali Sabzevari
> Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway
Suite E
Forest Park, Georgia 30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)