IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN,<br><br>        Plaintiff,<br>v.<br><br>PATRICK DAVID FLUELLEN.<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-00010-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify this day that I have served upon all parties of record via email the following:

- DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Harry M. Daniels
Khalil C. Eaddy
Daniels and James, LLC
233 Peachtree St. NE, Suite 1200
Atlanta, GA 30303

-2-

This 26th day of January, 2022.

                                  FREEMAN MATHIS & GARY, LLP

                                  */s/  A. Ali Sabzevari*
                                  Jack R. Hancock
                                  Georgia Bar No. 322450
                                  jhancock@fmglaw.com
                                  A. Ali Sabzevari
                                  Georgia Bar No. 941527
                                  asabzevari@fmglaw.com

                                  Attorneys for Defendant

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223