**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARLON BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICK DAVID FLUELLEN. )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | Civil Action File No.:<br>1:21-CV-00010-SDG |

**CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD**

**COME NOW** Plaintiff Marlon Brown and Defendants Patrick David Fluellen, by and through their undersigned counsels, and hereby move this Court to extend the period for discovery, and in support thereof, shows this Honorable Court as follows:

1.

On January 4, 2021, the Defendant filed a notice to remove this action from the State Court of Clayton County, Georgia. On the same day, the Plaintiff amended his complaint.

2.

On October 13, 2021, the Defendants filed an Answer to Plaintiff Amended Complaint.

3.

The parties engaged in extensive written discovery in the weeks and months after Defendants' answers were filed. However, due to scheduling conflicts with out-of-state-witnesses and ongoing issues with the COVID-19 pandemic, the parties were unable to complete other necessary discovery, including depositions and additional written discovery from non-parties.

4.

As discovery in this case set to close on March 13, 2022. Despite the parties' best efforts, however, they have been unable to complete outstanding depositions before the close of the discovery period.

5.

Accordingly, the parties anticipate they will need additional time to complete this necessary discovery.

6.

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 26.2 (B), the Court may, in its discretion, shorten or lengthen the time for discovery for good cause shown.

7.

Based on the foregoing, the parties have shown good cause for the extension of the discovery deadline, since they have promptly and diligently pursued discovery, and the current deadlines are not sufficient for them to reasonably conduct the discovery necessary to prepare this case for trial.

8.

This Motion has not been filed for the purposes of delay. No party will be prejudiced by the requested discovery extension.

9.

Accordingly, the parties respectfully move this Court for an order extending the discovery deadline through and including **May 13, 2022,** so that they may complete the remaining necessary discovery, including depositions.

WHEREFORE, for all the reasons provided herein, the parties pray as follows:

    a.    That this Motion be allowed and filed;

    b.    That this court extend the discovery period through and including **May 13, 2022**; and

    c.    That the parties have such other and further relief as the Court may deem just and proper.

Respectfully submitted this 11th day of March 2022.

| | |
|---|---|
| */s/A. Ali Sabzevari* | */s/Harry M. Daniels* |
| A. Ali Sabzevari | Harry M. Daniels |
| with express permission to Harry M. Daniel A. Ali Sabzevari | Georgia State Bar No. 234158 |
| | daniels@harrymdaniels.com |
| Georgia Bar No. 941527 | The Law Offices of Harry M. Daniels, LLC |
| asabzevari@fmglaw.com | |
| FREEMAN MATHIS & GARY, LLP | 233 Peachtree St. NE Suite 1200 |
| 661 Forest Parkway, Suite E | Atlanta, GA 30303 |
| Forest Park, Georgia 30297 | (678) 664-8529 (telephone) |
| (404) 366-1000 (telephone) | (800) 867-5248 (facsimile) |
| (404) 361-3223 (facsimile) | |
| **Counsel for Defendant** | **Counsel for Plaintiff** |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *First Consent Motion to Extend the Discovery Period* upon all counsel of record via electronic e-file service to the following parties:

FREEMAN MATHIS & GARY, LLP
/s/ A. Ali Sabzevari
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Respectfully submitted this 11th day of March 2022.

The Law Offices of Harry M. Daniels, LLC

By: */s/Harry M. Daniels*
Harry M. Daniels
Georgia State Bar No. 234158


The Law Offices of Harry M. Daniels, LLC
233 Peachtree St. NE Suite 1200 Atlanta, GA 30303
(678) 664-8529 (telephone)
(800) 867-5248 (facsimile)
daniels@harrymdaniels.com