# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARLON BROWN<br>    Plaintiff,<br><br>v.<br><br>PATRICK DAVID FLUELLEN<br>    Defendant. | Civil Action No.<br>1:21-cv-00010-SDG |

## ORDER

Before the Court is the parties' Consent Motion to Extend Discovery [ECF 31]. Good cause having been shown, the motion is GRANTED. The discovery period is extended through and including May 13, 2022.

**SO ORDERED** this 14th day of March, 2022.

_____
Steven D. Grimberg
United States District Court Judge